871 A.2d 185

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph Henry Paul DAVIDSON, Petitioner.**

Supreme Court of Pennsylvania.

March 15, 2005.

---

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of March 2005, the Petition for Allowance of Appeal is GRANTED, limited to the following questions:

Whether 18 Pa.C.S. § 6312(d) is unconstitutionally vague and overbroad?

Did the General Assembly intend that a person charged under 18 Pa.C.S. § 6312(d) be subjected to individual counts for each piece of child pornography possessed?

If the General Assembly so intended, is it constitutional to impose separate punishments for each conviction?